

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br><br>Christopher STONE,<br>Andrea MEJIA<br><br><br><br>　　　　　　　Defendant. | Magistrate Docket No.   24MJ4430<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C. § 1324(a)(1)(A)(ii) and (v)(II) Transportation of Illegal Aliens, Aiding and Abetting |

The undersigned complainant, being duly sworn, states:

On or about November 24, 2024, within the Southern District of California, defendants, Christopher STONE and Andrea MEJIA, knowing or in reckless disregard of the fact that certain aliens, namely, Silvia FLORES Gamino, Ricardo RAMIREZ-Pena and Silverio TELLEZ Arambula, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　Jason Larson
　　　　　　　　　　　　　　　　　　　　　Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON NOVEMBER 25, 2024.

　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL S. BERG
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Christopher STONE,
Andrea MEJIA

## PROBABLE CAUSE STATEMENT

The complainant states that Silvia FLORES Gamino, Ricardo RAMIREZ-Pena and Silverio TELLEZ Arambula, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 24, 2024, Supervisory Border Patrol Agent D. Hernandez was performing his assigned duties in the Campo Border Patrol Station's area of responsibility. At approximately 1:00 PM, Border Patrol Agent Gallardo, utilizing a Mobile Surveillance Capabilities camera, observed a white pickup truck travelling south on a road known to Border Patrol Agent's as "Birdman's." Agent Gallardo also observed two separate groups of individuals in the same area as the white truck was driving. Agent Gallardo notified agents that he observed the pickup truck drive south on Birdman's, turn around, and travel back north on the same road. Agent Hernandez then observed the truck pass his location on Buckman Springs. At approximately 1:25 PM, Agent Hernandez requested vehicle record checks through the Campo Border Patrol Station's radio dispatch. Vehicle record checks showed the truck was registered out of Garden Grove, California. Agent Hernandez then activated his emergency lights and siren and performed a vehicle stop. Agent Hernandez approached the driver, later identified as Christopher STONE, and identified himself as a United States Border Patrol Agent. Agent Hernandez then performed an immigration inspection on STONE and the front seat passenger, later identified as Andrea MEJIA. STONE and MEJIA each stated they are United States citizens. Agent Hernandez then observed a black blanket in the backseat of the truck that appeared to be covering people. Border Patrol Agent Zamora arrived and assisted Agent Hernandez with removing STONE and MEJIA from the vehicle as they further investigated the occupants of the vehicle. Agent Zamora lowered the tailgate of the truck and observed multiple individuals in the bed of the truck. Agent Hernandez then performed an immigration inspection on all 13 individuals found in the truck. Each individual stated they are citizens of Mexico without immigration documents that would allow them to enter or remain in the United States legally. At approximately 1:33 PM, Agent Hernandez placed all individuals under arrest.

Defendant Christopher STONE was read his Miranda Rights and stated he was willing to answer questions without the presence of an attorney. STONE stated that he left Costa Mesa, California at approximately 8 AM in a vehicle that was rented by a friend through TURO. STONE stated that he met with his friends and drove off road with them for approximately 20

**CONTINUATION OF COMPLAINT:**
Christopher STONE,
Andrea MEJIA

minutes before getting lost. STONE stated that he then observed a female individual that was bent over clutching her stomach. STONE stated that he does not speak Spanish but was able to tell the woman was pregnant. STONE stated that he agreed to help the woman and then an unknown number of individuals entered his vehicle. STONE stated that he did not know any of the individuals.

Material witnesses Silvia FLORES Gamino, Ricardo RAMIREZ-Pena and Silverio TELLEZ Arambula each stated they are citizens of Mexico without immigration documents that would allow then to enter or remain the United States legally. FLORES, RAMIREZ and TELLEZ stated they agreed to pay between $9K and $10K USD to be smuggled into the United States.